# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| Veto Pro Pac, LLC ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 305cv599JCH |
| ) | |
| Lowe's Companies, Inc. ) | |
| Defendant, ) | |
| and ) | |
| LG Sourcing, Inc. ) | July 1, 2005 |
| Defendant ) | |

## NOTICE OF DISMISSAL

Pursuant to Federal Rules of Civil Procedure 41(a)(1), the Plaintiff, Veto Pro Pac, LLC gives notice of dismissal of the above-captioned action.

Respectfully submitted,

THE PLAINTIFF

By _____
Richard R. Michaud, Ct 17144
Michaud-Duffy Group LLP
306 Industrial Park Road, Suite 206
Middletown, CT 06457
Tel: (860) 632-7200
Fax: (860) 632-8269
Email: Michaud@michaud-duffy.com